# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) (For Offenses Committed On or After November 1, 1987) |
| James Arnold Hart | Case Number: DNCW308MJ000167-001<br>USM Number: |
| | Emily Marroquin<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of condition(s) 1 - 5 of the term of supervision.
_____ Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug / Alcohol Use | 6/3/08 |
| 2 | Failure to comply with drug testing / treatment requirements | 7/10/08 |
| 3 | Failure to report to probation officer as instructed | 9/5/08 |
| 4 | Failure to submit to DNA testing | 4/1/08 |
| 5 | Failure to maintain employment | 4/17/08 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

_____ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 12/3/08

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

Signed: December 4, 2008

AO 245D (WDNC Rev. 4/04) Judgment in a Criminal Case for Revocation

Defendant: James Arnold Hart  Judgment-Page 2 of 2
Case Number: DNCW308MJ000167-001

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>NINETY (90) DAYS to be served on weekends beginning January 2009</u>. The defendant shall surrender each Friday after work and not be released until Monday morning prior to work, and shall receive credit for three days each weekend. The defendant shall receive credit for the fifteen (15) days he has already served, leaving seventy five (75) days yet to be served. The defendant shall pay the cost of incarceration directly or reimburse the Probation Office should it be required to pay said costs.

___ The Court makes the following recommendations to the Bureau of Prisons:

___ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

    ___ As notified by the United States Marshal.

    ___ At___a.m. / p.m. on ___.

_X_ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ As notified by the United States Marshal.

    ___ Before 2 p.m. on ___.

    _X_ as notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
     Deputy Marshal